# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kim J. H., <br>         Plaintiff, <br> v. <br><br> Andrew Saul, Commissioner of Social Security, <br>         Defendant. | Civil No. 18-cv-2736 (MJD/TNL) <br><br><br> **ORDER** |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 8, 2020 [Doc. No. 30], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. No. 25] is **GRANTED.**

2. Plaintiff is awarded $10,710.00 in reasonable attorney fees and $500.00 in costs, subject to offset by any preexisting debt that Plaintiff owes to the United States.

Date: October 26, 2020

                                                      s/ Michael J. Davis <br>
                                                    Michael J. Davis <br>
                                                    United States District Court